IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOANNE P. ALEXIS,** | : | **CIVIL ACTION NO. 1:04-CV-1729** |
| | : | |
| **Plaintiff** | : | **(Judge Conner)** |
| | : | |
| v. | : | |
| | : | |
| **PENNSYLVANIA DEPARTMENT OF GENERAL SERVICES,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 20th day of January, 2006, upon consideration of the order of court (Doc. 21), staying the deadline for filing dispositive motions and supporting briefs and plaintiff's expert report(s) pending the conclusion of mediation, it is hereby ORDERED that the parties shall file a joint status report concerning the progress of mediation on February 1, 2006, or upon the conclusion of mediation, whichever first occurs.

   /s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge